**<u>FEDERAL DEFENDANTS IN SELECTED CELL</u>**
During the last five fiscal years (FY2019-2023), there was an insufficient number of defendants (1) whose primary guideline was §2A3.4, with a Final Offense Level of 38 and a Criminal History Category of II, after excluding defendants who received a §5K1.1 substantial assistance departure; and (2) who received a sentence of imprisonment in whole or in part.

DEFENDANT'S EXHIBIT 2